MAUREEN KEATING
P.O. BOX 200183
Anchorage, Alaska 99520
TEL: 415-810-4832
maureentkeating@gmail.com

Plaintiff in propria persona

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN KEATING,<br><br>    Plaintiff,<br>-vs-<br><br>JENNI KLOSE, AND JENNI KLOSE dba LAW OFFICE OF JENNI KLOSE,<br><br>    Defendants. | Case No. 17-CV-04781~~MEJ~~ JST<br><br>**STIPULATION FOR DISMISSAL** |

COME NOW Plaintiff, MAUREEN KEATING, in propria persona, and Defendant, JENNI KLOSE, individually and dba LAW OFFICE OF JENNI KLOSE, by and through her counsel of record, and hereby stipulate and agree that this matter may be dismissed with prejudice in the entirety. The matter has been resolved between the parties, with each to bear their own costs and attorneys' fees.

DATED February 26, 2018

                      _____
                      MAUREEN KEATING, Plaintiff in Pro Per

| | |
|---|---|
| DATED: | MURPHY, PEARSON |
| | By: _____<br>ARTHUR HARRIS<br>Attorney for Jenni Klose |

**ORDER**

IT IS SO ORDERED.

DATED: March 8, 2018

_____
HONORABLE JON TIGAR
JUDGE OF THE UNITED STATES DISTRICT COURT

INITIAL DISCLOSURES      2